LAW OFFICE OF CRAIG A. BLUMBERG, P.C.
Attorneys for Plaintiff
Fifteen Maiden Lane, 20th Floor
New York, New York 10038
Telephone: (212) 346-0808
Fax: (212) 346-0777
By: Craig A. Blumberg, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UTOPIA ESTATES, LLC,<br><br>         Plaintiff,<br><br> - against -<br><br>AMERICAN EUROPEAN INSURANCE COMPANY,<br><br>         Defendant. | Docket #<br><br>**COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff, UTOPIA ESTATES, LLC. by their attorneys, the Law Office of Craig A. Blumberg, P.C., as and for their Complaint against defendant, AMERICAN EUROPEAN INSURANCE COMPANY, sets forth as follows:

**PARTIES**

1. At all times herein mentioned, plaintiff, Utopia Estates, LLC, ("Utopia") was and is a limited liability company, organized and existing by virtue of the laws of the State of Delaware, with its principal place of business at 175 Ellis Street, Staten Island, New York.

2. Defendant, American European Insurance Company, ("American European") was and is an insurance company, domiciled in the State of New Hampshire, with its principal place of business at 2250 Chapel Avenue West, Cherry Hill, New Jersey, and is authorized to conduct the business of insurance in the State of New Jersey.

## JURISDICTION

3. The United States District Court, District of New Jersey, has jurisdiction over the within action by virtue of diversity of citizenship pursuant to 28 U.S.C. §1332, and the fact that the amount in controversy, exclusive of interest and costs, exceeds $75,000.

## VENUE

4. Venue is properly laid in the District of New Jersey pursuant to 28 U.S.C. §1391 as the Judicial District in which a substantial part of the events or omissions giving rise to the claim occurred and/or a substantial part of the property that is the subject of this action is situated.

## OPERATIVE FACTS

5. On or before December 30, 2024, defendant, American European, for good and valuable consideration, issued a certain policy of insurance bearing policy #SHOH0065903-03-0000 insuring plaintiff, Utopia, as named insured against loss and damage for the premises located at 1 Lori Road, Monmouth Beach, New Jersey, with effective dates of December 30, 2024 to December 20, 2025. ("Policy")  The Policy included policy limits for Coverage-A-Dwelling in the amount of $2,438,000, Coverage-B-Other Structures in the amount of $$48,760, Coverage-C-Personal Property in the amount of $609,500, and Coverage-D-Loss of Use in the amount of $487,600.

6. At all times relevant, plaintiff Utopia was the owner of the Premises located at 1 Lori Road, Monmouth Beach, New Jersey, and maintained an insurable interest therein.

7. On or about March 7, 2025, the Premises was damaged and destroyed by water and its effects.

8. Defendant American European was notified of the loss.

9. Plaintiff Utopia suffered Dwelling damages to the Premises in the amount of at least $173,956.16 and Emergency Mitigation in the amount of $4,067.19 for a total loss of at least $178,023.35.

10. Defendant American European has failed and refused to plaintiff's claim in and issued a denial letter dated September 4, 2025.

### FIRST CAUSE OF ACTION AGAINST DEFENDANT AMERICAN EUROPEAN INSURANCE COMPANY

11. Plaintiff repeats and reiterates all prior paragraphs.

12. Defendant American European was timely notified of the loss of March 7, 2025.

13. Defendant American European has failed and refused to pay plaintiff's claim.

14. Defendant American European thereby breached its contract of insurance.

15. Plaintiff's damages are in the amount of at least $178,023.35.

**WHEREFORE,** plaintiff demands judgment against defendant on the First Cause of Action in the sum of at least $178,023.35 with interest from March 7, 2025 together with such other, further or different relief as to the court may appear justified under the circumstances, and the costs and disbursements of this action.

Dated: New York, New York
January 22, 2026

                                    Yours etc.,

                                    *Craig A. Blumberg*
                                  CRAIG A. BLUMBERG (CB 7166)
                                  LAW OFFICE OF CRAIG A. BLUMBERG, P.C.
                                  Attorneys for Plaintiff
                                  Fifteen Maiden Lane, 20th Floor
                                  New York, New York 10038
                                  (212) 346-0808
                                  craig@lawofficecab.com